HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AISHA BROWN, a single woman,

        Plaintiff,

  v.

SABA COMMERCIAL SERVICES CORPORATION, a Washington corporation,

        Defendant.

NO. C05-5065FDB

STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF

NOTE ON MOTION CALENDAR: DECEMBER 2, 2005

IT IS HEREBY STIPULATED AND AGREED that:

The Discovery Cutoff for the above captioned action shall be continued for three weeks, to December 19, 2005. The parties request this extension in order to have settlement discussions and to save costs while doing so.

///

STIPULATION AND ORDER EXTENDING
DISCOVERY CUTOFF  - 1

M<small>C</small>G<small>AVICK</small>
G<small>RAVES</small>
A Professional Services Corporation
1102 Broadway, Suite 500 • Tacoma, Washington 98402
Telephone (253) 627-1181 • Fax (253) 627-2247

The remaining dates on the Minute Order shall remain the same.

DATED this ___ day of December, 2005.

        McGAVICK GRAVES, P.S.

        By: s/_____
           JAMES W. FELTUS, WSBA #13971
           Of Attorneys for Defendant

         BISHOP, CUNNINGHAM & ANDREWS, INC. (P.S.)

        By: s/_____
           JOHN C. ANDREWS, WSBA #21387
           Of Attorneys for Plaintiff

**ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S STIPULATION**

THIS MATTER having come before the undersigned upon the stipulation of the parties, the Court having reviewed the pleadings submitted by the parties, and deeming itself fully advised in the premises, now, therefore, it is hereby,

ORDRED that:

The Discovery Cutoff for the above captioned action shall be continued for three weeks, to December 19, 2005.

The remaining dates on the Minute Order shall remain the same.

SIGNED this <u>6th</u> day of December, 2005.

        _____
        FRANKLIN D. BURGESS
        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING
DISCOVERY CUTOFF  - 2

**McGAVICK GRAVES**
A Professional Services Corporation
1102 Broadway, Suite 500 • Tacoma, Washington 98402
Telephone (253) 627-1181 • Fax (253) 627-2247