HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AISHA BROWN, a single woman,<br><br>    Plaintiff,<br><br>    v.<br><br>SABA COMMERCIAL SERVICES CORPORATION, a Washington corporation,<br><br>    Defendant. | NO.  C05-5065FDB<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without costs.

DATED this ___ day of January, 2006.

McGAVICK GRAVES, P.S.


By: _____
JAMES W. FELTUS, WSBA #13971
Of Attorneys for Defendant

STIPULATION & ORDER OF DISMISSAL  - 1

**M**c**G**AVICK
**G**RAVES

A Professional Services Corporation

1102 Broadway, Suite 500 • Tacoma, Washington 98402

Telephone (253) 627-1181 • Fax (253) 627-2247

BISHOP, CUNNINGHAM & ANDREWS


By:_____
    JOHN C. ANDREWS, WSBA #_____
    Attorney for Plaintiff

## ORDER OF DISMISSAL

THIS MATTER having come before the undersigned upon the stipulation of the parties for dismissal, and the court being fully advised, now, therefore, it is hereby

ORDERED that the above action be dismissed with prejudice and without costs.

DONE this 24th day of January 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

McGAVICK GRAVES, P.S.

By _____
    James W. Feltus, WSBA #13971
Of Attorneys for Defendant

Copy Received; Approved as to Form;
Notice of Presentation Waived:

BISHOP, CUNNINGHAM & ANDREWS


By:_____
    JOHN C. ANDREWS, WSBA #_____
    Attorney for Plaintiff

|I:\DOCS\S\26195\Pldgs\Dismiss.doc

STIPULATION & ORDER OF DISMISSAL  - 2